UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CASTILLO MARENTES, et al., <br><br>Plaintiffs, <br><br>v. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>Defendant. | Case No. 15-cv-05616-RS <br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the Honorable Lucy H. Koh for a determination as to whether it should be deemed related to *State Farm Mutual Automobile Insurance Company v. Marentes*, 15-cv-02289-LHK.

**IT IS SO ORDERED.**

Dated: 12-14-15

_____
RICHARD SEEBORG
United States District Judge