UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT CASTILLO MARENTES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-CV-05616-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Jon-Marc Dobrin, Jordan Stanzler
Defendant's Attorney: Stephen Ellingson

An initial case management conference was held on February 24, 2016. A further case management conference is set for June 29, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 22, 2016.

At the case management conference, the Court made the following rulings:

**APPLICATION OF *COLORADO RIVER* ABSTENTION**
The parties shall file by March 17, 2016 simultaneous briefs not to exceed 10 pages in length which address whether this action should be dismissed pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976).

**MEDIATION AND SETTLEMENT**
The parties are hereby referred to a settlement conference with Magistrate Judge Nathanael Cousins, to be held by June 22, 2016.

1

Case No. 15-CV-05616-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Recommendation |
| --- | --- |
| Deadline to Exchange Initial Disclosures | March 9, 2016 |
| Last Day to Amend the Pleadings/Add Parties | April 14, 2016 |
| Deadline to Complete Mediation | June 22, 2016 |
| Further Case Management Conference | June 29, 2016, at 2:00 p.m. |
| Close of Fact Discovery | August 4, 2016 |
| Opening Expert Reports | August 18, 2016 |
| Rebuttal Expert Reports | September 1, 2016 |
| Close of Expert Discovery | September 15, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 29, 2016 |
| Hearing on Dispositive Motions | November 10, 2016, at 1:30 p.m. |
| Final Pretrial Conference | January 12, 2017, at 1:30 p.m. |
| Jury Trial | January 30, 2017, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated:  February 24, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05616-LHK
CASE MANAGEMENT ORDER